H. B. PARKER, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

En Banc.

Decision Filed May 26, 1928.

*J. Leo Anderson* and *R. Pope Reese*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*, Assistant, for the State.

PER CURIAM.—On consideration it appears to the Court that the judgment in this case should be reversed on authority of the opinion in the case of Hollis v. the State, 27 Fla. 387, 9 Sou. 67, and it is so ordered.

Reversed.

WHITFIELD, TERRELL, BROWN AND BUFORD, J. J., concur.